**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| TIMOTHY H. JONES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:15-cv-01361-JAR |
| ) | |
| TITLEMAX OF MISSOURI, INC. ) | |
| ) | |
| Defendant. ) | |

### JOINT STATUS REPORT

Under the Court's August 5, 2016 Order (ECF Doc. 21 at 13), the parties have conferred and provide the following joint report as to the status of the case:

Since the parties last joint report (ECF Doc. 22):

- TitleMax submitted its response to the Statement of Claim on December 2, 2016.

- Jones submitted his response to TitleMax's pending motion to dismiss on December 15, 2016.

- TitleMax submits its reply to its pending motion to dismiss on January 9, 2017.

- The Arbitrator set a hearing on TitleMax's pending motion to dismiss on April 7, 2017.

- The arbitrator indicated he will conduct a preliminary hearing after he rules on the motion TitleMax has filed.

**Dated:  March 28, 2017**

                                          ONDER, SHELTON, O'LEARY & PETERSON, LLC

By    */s/Jesse B. Rochman*
Jesse B. Rochman #60712MO
110 E. Lockwood
St. Louis, MO 63119
314/963-9000 telephone
314/963-1700 facsimile
rochman@onderlaw.com
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system on March 29, 2017, upon the following:

Anthony Joseph Durone
Stacey R. Gilman
Nicholas L. DiVita
Berkowitz Oliver, LLP
adurone@berkowitzoliver.com
sgilman@berkowitzoliver.com
ndivita@berkowitzoliver.com
*Attorneys for Defendant*                                  */s/Jesse B. Rochman*