UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY H. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:15-cv-01361-JAR |
| | ) | |
| TITLEMAX OF MISSOURI, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the parties will jointly submit an updated status report on or before **November 13, 2017.**

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2017.

1