# EXHIBIT C



## IN THE 45TH JUDICIAL CIRCUIT COURT, LINCOLN COUNTY, MISSOURI

| Judge or Division: GREGORY K. ALLSBERRY | Case Number: 15L6-SC00036 |
|---|---|
| Plaintiff: TIMOTHY H JONES vs. | Plaintiff's Attorney/Address: TIMOTHY H JONES 211 BO CT TROY, MO 63379 |
| Defendant: TITLE MAX : REGISTERED AGENT CT CORPORATION | Date, Time and Location of Hearing: 17-JUL-2015, 09:00 AM Associate Div II LINCOLN CO. JUSTICE CENTER 45 BUSINESS PARK DRIVE TROY, MO 63379 |

(Date File Stamp)

### Summons Small Claims Court

The State of Missouri to: TITLE MAX : REGISTERED AGENT CT CORPORATION
Alias:
120 S CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF LINCOLN COUNTY**

You are summoned and required to appear in person at the above date, time and location. If you fail to appear, a judgment may be entered against you for the amount asked in the attached petition. This action has been filed under the Small Claims Court Act. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney. For further information concerning your rights and responsibilities, refer to page two of this summons.

If you have a disability requiring special assistance for your court appearance, please contact the court at least 48 hours in advance of scheduled hearing.

_____6/8/2015_____   _____/S/ E. BARNHILL_____
Date                    Clerk

Further Information:

### Sheriff's or Server's Return
(Unless Certified Mail Used)

Note to serving officer: Service must not be made less than ten days from the date the defendant is to appear in court.

I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant with _____, a person of the defendant's family over the age of 15 years.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to: _____ (name) _____ (title).
☐ other _____
Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).
(seal)
My commission expires: _____
Date         Notary Public

**Sheriff's Fees, if applicable**
Summons                         $ _____
Non Est                         $ _____
Sheriff's Deputy Salary
Supplemental Surcharge          $ 10.00
Mileage                         $ _____ ( ____ miles @ $ ____ per mile)
Total                           $ _____

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## Instructions to Defendant

1. If you do not wish to oppose plaintiff's claim, you may:
   a) Contact the plaintiff and make an out-of-court settlement with the plaintiff before the hearing date and file with the clerk of the small claims court a dismissal of the case signed by the plaintiff, or
   b) Make no appearance at the hearing. In that case, the plaintiff may be given a default judgment against you.
2. If you wish to oppose the claim:
   a) You must appear on the date at the time set for the hearing.
   b) You should bring with you all books, papers, witnesses and evidence you have to establish your defense.
   c) At your request the small claims clerk will issue a subpoena for any witness you may need. You must order the subpoena as soon as possible and before the hearing date. There will be a small fee charged for this service.
3. If you have a claim against a plaintiff, it is a counterclaim. If you desire to file a counterclaim, then:
   a) If your counterclaim arises out of the same transaction or occurrence as the plaintiff's claim with the small claims court, you may file your counterclaim with the small claims court any time prior to the commencement of the hearing.
   b) If your counterclaim does not arise from the same transaction or occurrence as the plaintiff's claim, you may file the counterclaim at any time within ten days after service of process or **before** the date of trial.
   c) If you need assistance, contact the court and the clerk will assist you in preparing the counterclaim.
4. If you are a member of the United States Armed Forces, please advise the court immediately upon receipt of this summons.
5. The rules of evidence do not apply and you may defend this action with or without the assistance of an attorney.
6. A pamphlet explaining the small claims court is available.

**Note:** Copies of all forms and procedures applicable to small claims shall be available to any person from the clerk of the small claims court without charge.

# IN THE CIRCUIT COURT OF LINCOLN COUNTY, MISSOURI
## SMALL CLAIMS COURT

(Please Print Clearly)

**PLAINTIFF(s):** Timothy M. Jones
**ADDRESS:** 211 Bo Ct.
**CITY/STATE/ZIP CODE:** Troy, MO, 63379
**TELEPHONE NUMBER:** 636-358-1275

**CASE NUMBER:** 15L6-SC00036
**AMOUNT CLAIMED:**
**COURT DATE AND TIME:**
**DIVISION:**

FILED
JUN 05 2015
Circuit Court
Lincoln County, MO

**VS**

**DEFENDANT(s):** TITLEMAX
**ADDRESS:** 120 S. Central Ave.
**CITY/STATE/ZIP CODE:** Clayton, MO, 63105
**TELEPHONE NUMBER:** 636-462-7157

**OTHER INFORMATION:** R/A CT Corporation System

## PETITION

The Plaintiff states he/she has a claim against the defendant in the amount of $ 5000.00 plus court costs. The claim arose on or about 2/13/14, 20 14, as a result of the following events:

TITLE MAX REPOSSESSED MY TRUCK WITHOUT GIVING NOTICE PER THE CONTRACT BY GIVING CERTIFIED NOTICE ABOUT THE REPOSSESSION AND GIVEN A CHANCE TO FULFILL THE LOAN AMOUNT IN FULL PER THE CONTRACT.

The Plaintiff states that the allegations in this petition are true and correct to the best of his/her knowledge; that he/she is not an assignee of this claim, and that he/she has not filed more than twelve other claims in Missouri small claims courts during the current calendar year. Plaintiff understands that should he/she be successful in this action and obtain a judgement, and if defendant does not appeal by Trial De Novo and this judgement becomes final, the plaintiff is barred from commencing another action involving the same parties and issues. Plaintiff understands that he/she is hereby waiving his right to jury trial on these issues in the small claims court.

Dated 6/4/15

Signature of Plaintiff or Agent

**KEEP A COPY OF THIS PETITION AND BRING IT TO COURT**

Rev. 3/2009        WHITE - File    YELLOW - Defendant    PINK - Plaintiff